# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **FORUM ON OPEN ACCESS TO PUBLIC RECORDS INC.,** | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | 3:24-cv-02299-B |
| **DALLAS COUNTY HISTORICAL FOUNDATION, d/b/a THE SIXTH FLOOR MUSEUM,** | § § § § § | |
| *Defendant*. | § | |

## ORDER GRANTING DEFENDANT DALLAS COUNTY HISTORICAL FOUNDATION, d/b/a THE SIXTH FLOOR MUSEUM'S MOTION TO DISMISS

On this day came before the Court Defendant Dallas County Historical Foundation d/b/a The Sixth Floor Museum's Motion to Dismiss. Upon consideration of the Motion to Dismiss, responsive briefing, and arguments of counsel, if any, the Court determines that Defendant's Motion is well taken and should be GRANTED. It is therefore ORDERED, ADJUDGED, and DECREED that:

1. Defendant Dallas County Historical Foundation d/b/a The Sixth Floor Museum's Motion to Dismiss is GRANTED.

2. All of Plaintiff Forum on Open Access to Public Records Inc.'s claims are DISMISSED in its entirety WITH PREJUDICE and without leave to amend.

DATE: _____

_____
HON. JANE J. BOYLE